1  Randolph S. Hicks, Esq. - SBN 83627
   Richard G. Grotch, Esq. - SBN 127713
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax. (650) 592-5027
5  Email: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendants
   INTERNATIONAL RAM ASSOCIATES, LC and
7  SOUTHWEST AIRLINES CO.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 DERRICK EISON,                          Case No.

12              Plaintiff,                 DEMAND FOR TRIAL BY JURY

13 vs.

14 INTERNATIONAL RAM ASSOCIATES,
   L.L.C.; SOUTHWEST AIRLINES CO.;
15 AND DOES 1 through 15, Inclusive,

16              Defendants.
                                      /
17

18      Defendants INTERNATIONAL RAM ASSOCIATES, LC and SOUTHWEST AIRLINES
   CO., respectfully demand a trial by jury in the above-entitled matter.
19
   Dated: May 29, 2008                      Respectfully submitted,
20
                                            CODDINGTON, HICKS & DANFORTH
21
22
23                                          By: _____
                                            Richard G. Grotch
24                                          Attorneys for Defendants
                                            International RAM Associates, LC and
25                                          Southwest Airlines Co.
26
27
28

---
Demand for Trial by Jury