1 Randolph S. Hicks, Esq. - SBN 83627
Richard G. Grotch, Esq. - SBN 127713
2 **CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
3 555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
4 Tel. (650) 592-5400
Fax. (650) 592-5027
5 Email: rgrotch@chdlawyers.com

6 **ATTORNEYS FOR** Defendants
INTERNATIONAL RAM ASSOCIATES, LC and
7 SOUTHWEST AIRLINES CO.

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

11 DERRICK EISON,                         Case No.

12         Plaintiff,                     CERTIFICATION OF INTERESTED
                                           ENTITIES OR PERSONS [Civ. L.R. 3-16]
13 vs.

14 INTERNATIONAL RAM ASSOCIATES,
L.L.C.; SOUTHWEST AIRLINES CO.;
15 AND DOES 1 through 15, Inclusive,

16         Defendants.
   _____/

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.   International RAM Associates LC (defendant);

    2.   Southwest Airlines Co. (defendant);

///

///

///

---
Certification of Interested Entities or Persons

3. National Union Fire Insurance Company of Pittsburgh, PA (insurer); and

4. AIG Aviation Insurance Services (represents interests of insurer).

Dated: May 29, 2008

Respectfully submitted,

CODDINGTON, HICKS & DANFORTH

By: /s/ Richard G. Grotch

Richard G. Grotch
Attorneys for Defendants
International RAM Associates, LC and
Southwest Airlines Co.

CODDINGTON, HICKS & DANFORTH

Certification of Interested Entities or Persons