1  Randolph S. Hicks, Esq. - SBN 83627
   Richard G. Grotch, Esq. - SBN 127713
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax. (650) 592-5027
5  Email: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendants
   INTERNATIONAL RAM ASSOCIATES, LC and
7  SOUTHWEST AIRLINES CO.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 DERRICK EISON,                           No. C 08-2712 JCS

12                Plaintiff,                PROOF OF SERVICE

13 vs.

14 INTERNATIONAL RAM ASSOCIATES,
   L.L.C.; SOUTHWEST AIRLINES CO.;
15 AND DOES 1 through 15, Inclusive,

16                Defendants.
                                          /
17

18      I, the undersigned, declare that I am employed in the County of San Mateo, State of

19 California. I am over the age of eighteen (18) years and not a party to the within action. My

20 business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

21      I am readily familiar with my employer's business practice for collection and processing of

22 correspondence and documents for mailing with the United States Postal Service, mailing via

23 overnight delivery, transmission by facsimile machine, and delivery by hand.

24      On May 30, 2008, I served a copy of each of the documents listed below by placing said

25 copies for processing as indicated herein:

26 ///

27 ///

28 ///

---

Proof of Service – No. C 08-2712 JCS

1   **NOTICE OF REMOVAL OF CIVIL ACTION FROM ALAMEDA COUNTY SUPERIOR COURT**

2   **CERTIFICATED OF INTERESTED ENTITIES OR PERSONS [Civ. L.R. 3-16]**

3   **DEMAND FOR TRIAL BY JURY**

4   **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

5   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

6   **ECF REGISTRATION INFORMATION HANDOUTS**

__X__  U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

____  OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

____  HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

____  FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

PERSONS OR PARTIES SERVED:

*Counsel for Plaintiff*

David I. Fischer, Esq.
**LAW OFFICES OF DAVID I. FISCHER**
One Kaiser Plaza, Suite 330
Oakland, Ca 94612

Telephone      (510) 834-0800
Facsimile       (510) 834-0872

2

**CODDINGTON, HICKS & DANFORTH**

Proof of Service – No. C 08-2712 JCS

1  I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 30, 2008.

/s/ Hilda Alvarez

Hilda Alvarez

CODDINGTON, HICKS
& DANFORTH

Proof of Service – No. C 08-2712 JCS

3