

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

June 13, 2008

David Ian Fischer                          Randolph S. Hicks
Attorney at Law                            Coddington, Hicks & Danforth
One Kaiser Plaza, Suite 330                555 Twin Dolphin Drive, Suite 300
Oakland, CA 94612                          Redwood City, CA 94065-2133

**Re:     DERRICK EISON  v. INTERNATIONAL RAM ASSOCIATES**
          C08-02712 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 27, 2008.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
     Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    DERRICK EISON,                              No.  C 08-02712 JCS

8              Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A
                                                 UNITED STATES MAGISTRATE JUDGE**
9         v.

10   INTERNATIONAL RAM ASSOC., ET AL.,

11             Defendant(s).

12   _____/

13

14         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19   Appeals for the Ninth Circuit

20

21   Dated: _____          _____
                                              Signature
22

23                                            Counsel for _____
                                              (Name or party or indicate "pro se")
24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    DERRICK EISON,                                    No.  C 08-02712 JCS

8               Plaintiff(s),

9         v.                                           **DECLINATION TO PROCEED BEFORE
                                                       A MAGISTRATE JUDGE
                                                                AND**
10   INTERNATIONAL RAM ASSOC., ET AL.,                 **REQUEST FOR REASSIGNMENT TO A
                                                       UNITED STATES DISTRICT JUDGE**
11              Defendant(s).

12   _____/

13

14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15        The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18

19

20   Dated: _____          _____

21                                            Signature

22                                            Counsel for _____
                                              (Name or party or indicate "pro se")
23

24

25

26

27

28

3