Randolph S. Hicks, Esq. - SBN 83627
Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants
INTERNATIONAL RAM ASSOCIATES, LLC and
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK EISON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL RAM ASSOCIATES, L.L.C.; SOUTHWEST AIRLINES CO.; AND DOES 1 through 15, Inclusive,<br><br>　　　　Defendants.<br>_____ / | No. CV 08-2712 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　　In accordance with the provisions of Title 26, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated: June 27, 2008　　　　　　　CODDINGTON, HICKS & DANFORTH

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Randolph S. Hicks
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　International RAM Associates, LLC and
　　　　　　　　　　　　　　　　　　Southwest Airlines Co.

**PROOF OF SERVICE**
(C.C.P. §§ 1011, 1013, 1013a, 2015.5)

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On June 27, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

__X__ U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

____ OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

____ HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

____ FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

PERSONS OR PARTIES SERVED:

*Counsel for Plaintiff*

David I. Fischer, Esq.
**LAW OFFICES OF DAVID I. FISCHER**
One Kaiser Plaza, Suite 330
Oakland, Ca 94612

Telephone   (510) 834-0800
Facsimile   (510) 834-0872

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 27, 2008.

_____
Elizabeth Archer-Evans

*Court: Alameda County Superior Court*
*Action No: RG08-383425*
*Case Name: Eison v. International Ram Associates, et al.*