DAVID I. FISCHER, ESQ.
LAW OFFICES OF DAVID I. FISCHER
One Kaiser Plaza, Suite 330
Oakland, CA 94612
Telephone: (510) 834-0800
Fax:       (510) 834-0872

Attorney for Plaintiff
DERRICK EISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK EISON, | No. CV 08-27212 JCS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| INTERNATIONAL RAM ASSO-CIATES, L.L.C.; SOUTHWEST AIRLINES CO.; and DOES 1 Through 15, Inclusive, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 26, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated: June 30, 2008                    By: _/s/ David Fischer_
                                        DAVID I. FISCHER, Attorney for
                                        Plaintiff DERRICK EISON

## PROOF OF SERVICE

I, JOAN FISCHER, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is One Kaiser Plaza, Suite 330, Oakland, California 94612.

On June 30, 2008, I served the attached:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

in said cause, addressed as follows:

Randolph S. Hicks, Esq.
Richard G. Grotch, Esq.
CODDINGTON, HICKS & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133

/xx / **(BY MAIL)** By Placing a true copy thereof enclosed in a sealed envelope. I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Oakland, California, following ordinary business practices. I am readily familiar with the practice of Law Offices of David I. Fischer's practice for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ / **(BY PERSONAL SERVICE)** By placing a true copy thereof enclosed in a sealed envelope. I caused each such envelope to be delivered by hand to the addressee(s) noted above.

/ / **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above. Pursuant to C.R.C. 2008, a true copy thereof via facsimile transmission to the facsimile telephone number referenced at the address set forth above. The transmission was reported as complete and without error and a copy of the transmission report, which was properly issued by the transmitting facsimile machine, is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 30, 2008, at Oakland, California.

_____
JOAN FISCHER