CODDINGTON, HICKS & DANFORTH
A PROFESSIONAL CORPORATION
LAWYERS

RANDOLPH S. HICKS
LEE J. DANFORTH
RICHARD G. GROTCH
DAVID W. WESSEL
R. WARDELL LOVELAND
RICHARD S. BAUM
HYON M. KIENTZY
KATHRYN C. KLAUS
LISA A. COSTELLO
CHRISTIANE SINCLAIR
RACHEL E. CARR
DAVID C. WEAVER
SARVENAZ J. FAHIMI
ANDREW P. COLLIER
MARGARET L. LESNIAK

555 TWIN DOLPHIN DRIVE, SUITE 300
REDWOOD SHORES
REDWOOD CITY, CA 94065-2133
TEL • (650) 592-5400
FAX • (650) 592-5027

WWW.CHDLAWYERS.COM

OF COUNSEL
CLINTON H. CODDINGTON

July 22, 2008

*VIA ECF*

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue – Courtroom A
San Francisco, CA 94102

    Re:    Derrick Eison v. International RAM Associates, et al. – C 08-2712 JCS

Dear Magistrate Judge Spero:

I am pleased to advise the Court that the parties have been able amicably to resolve this matter. It is anticipated that within approximately 45 days, and in advance of the case management conference scheduled for September 5, 2008, a stipulation for an order of dismissal will be submitted to the Court.

        Respectfully submitted,

        /s/ *Richard G. Grotch*

        Richard G. Grotch

cc:    David I. Fischer, Esq. (via ECF)