**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   DERRICK EISON,                                   No. C 08-02712 JCS

8            Plaintiff(s),
                                                     **ORDER OF DISMISSAL**
9       v.

10  INTERNATIONAL RAM ASSOCIATES,. ET
    AL.,
11

12           Defendant(s).
                                              /
13

14       The Court  having been advised that the parties have agreed to a settlement of this case,

15       IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

16  however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of

17  service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not

18  been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored

19  to the calendar to be set for trial.

20       IT IS SO ORDERED.

21

22  Dated: July 23, 2008

23                                              JOSEPH C. SPERO
                                                United States Magistrate Judge
24

25

26

27

28