Randolph S. Hicks, Esq. - SBN 83627
Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
Email: rgrotch@chdlawyers.com

ATTORNEYS FOR Defendants
INTERNATIONAL RAM ASSOCIATES, LC and
SOUTHWEST AIRLINES CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK EISON, | Case No. C 08-2712 JCS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| INTERNATIONAL RAM ASSOCIATES, L.L.C.; SOUTHWEST AIRLINES CO.; AND DOES 1 through 15, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff DERRICK EISON, and defendants INTERNATIONAL RAM ASSOCIATES, LC and SOUTHWEST AIRLINES CO., through their respective counsel, that the above-captioned matter be dismissed, with prejudice, with each party to bear his or its own attorneys' fees and costs.

///

///

///

///

///

Stipulation and [Proposed] Order of Dismissal
C 08-2712 JCS

SO STIPULATED.

Dated: 7-28, 2008

LAW OFFICES OF DAVID I. FISCHER

By: *David I. Fischer* (signature)

David I. Fischer
Attorneys for Plaintiff
Derrick Eison

Dated: 8-12, 2008

CODDINGTON, HICKS & DANFORTH

By: *Randolph S. Hicks* (signature)

Randolph S. Hicks
Attorneys for Defendants
International RAM Associates, LC and
Southwest Airlines Co.

[PROPOSED] ORDER

Having considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-entitled action be dismissed, with prejudice, with each party to bear his or its own attorneys' fees and costs.

SO ORDERED.

Dated: _____

Honorable Joseph C. Spero
United States Magistrate Judge