Randolph S. Hicks, Esq. - SBN 83627
Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants
INTERNATIONAL RAM ASSOCIATES, LC and
SOUTHWEST AIRLINES CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DERRICK EISON,

               Plaintiff,

vs.

INTERNATIONAL RAM ASSOCIATES,
L.L.C.; SOUTHWEST AIRLINES CO.;
AND DOES 1 through 15, Inclusive,

               Defendants.

Case No. C 08-2712 JCS

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between plaintiff DERRICK EISON, and defendants

INTERNATIONAL RAM ASSOCIATES, LC and SOUTHWEST AIRLINES CO., through their

respective counsel, that the above-captioned matter be dismissed, with prejudice, with each party

to bear his or its own attorneys' fees and costs.

///

///

///

///

///

Stipulation and [Proposed] Order of Dismissal
C 08-2712 JCS

1    SO STIPULATED.

2    Dated: _7·28_, 2008              LAW OFFICES OF DAVID I. FISCHER

3

4

5

6    By: _David I. Fischer_

7        David I. Fischer
         Attorneys for Plaintiff
8        Derrick Eison

9    Dated: _8·12_, 2008

10                                    CODDINGTON, HICKS & DANFORTH

11

12   By: _____

13       Randolph S. Hicks
         Attorneys for Defendants
14       International RAM Associates, LC and
15       Southwest Airlines Co.

16

17                          [PROPOSED] ORDER

18    Having considered the foregoing stipulation,

19      IT IS HEREBY ORDERED that the above-entitled action be dismissed, with prejudice, with

20   each party to bear his or its own attorneys' fees and costs.

21

22    SO ORDERED.

23

24   Dated:   Aug. 13, 2008

25                                    Honorable Joseph
                                      United States Mag...
26                                                          Judge Joseph C. Spero

27

28

                                             2